## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Index No.  2:21-cv-04198-DCN |
| THE CITADEL, THE MILITARY COLLEGE | ) | |
| OF SOUTH CAROLINA, GLENN M. | ) | |
| WALTERS, in his official capacity at The | ) | |
| Citadel, VALERIE MERCADO, in her official | ) | |
| capacity at The Citadel, and JANET SHEALY, | ) | |
| in her official capacity at The Citadel, | ) | |
| | ) | |
| Defendants. | ) | |

-----------------------------------------------------------------

### NOTICE OF APPEAL TO THE UNITED STATES
### COURT OF APPEALS FOR THE FOURTH CIRCUIT

Notice is hereby given that Plaintiff John Doe appeals to the United States Court of Appeals for the Fourth Circuit from the July 18, 2022 Order of the District Court granting Defendants' Motion to Dismiss Plaintiff John Doe's Complaint with prejudice [Dkt. 26] and the July 19, 2022 Judgment In A Civil Action dismissing the Complaint with prejudice [Dkt. 27].

Respectfully submitted on this 9th day of August, 2022

**Respectfully submitted,**
**LAW OFFICES OF DAVID AYLOR**

**24 Broad St.**

**Charleston, South Carolina 29401**
**(843) 577-5530**
**david@davidaylor.com**
**LAW OFFICES OF**
**    STEPHEN SCHMUTZ**
**24 Broad St.**
**Charleston, South Carolina 29401**
**(843) 577-5530**
**steve@schmutzlaw.com**

**NESENOFF & MILTENBERG, LLP**

*/s/ Philip A. Byler*

**Philip A. Byler, Esq. (*pro hac vice* admission)**
**Andrew T. Miltenberg, Esq.**
**363 Seventh Avenue, Fifth Floor**
**New York, New York 10001**
**(212) 736-4500**
**pbyler@nmllplaw.com**

**Attorneys for Plaintiff John Doe**