FILED: July 5, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1843
(2:21-cv-04198-DCN)

_____

JOHN DOE

       Plaintiff - Appellant

v.

THE CITADEL, The Military College of South Carolina; GLENN M. WALTERS, in his official capacity at The Citadel; VALERIE MERCADO, in her official capacity at The Citadel; JANET SHEALY, in her official capacity at The Citadel

       Defendants - Appellees

_____

M A N D A T E

_____

The judgment of this court, entered June 12, 2023, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*